IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARLIN CONNER, #251621, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11-CV-357-ID |
| ) | [WO] |
| ) | |
| CITY OF BESSEMER, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 13, 2011, the Magistrate Judge issued a Recommendation (Doc. 4) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

(1)  The Report and Recommendation of the Magistrate Judge is ADOPTED.

(2)  This case is transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

(3)  The Clerk is DIRECTED to take all necessary steps to effectuate the transfer of Plaintiff's civil action.

DONE this 7th   day of June, 2011.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE